No. 94–807. PIROGLU *v.* COLEMAN, FIRE CHIEF, DISTRICT OF COLUMBIA, ET AL. C. A. D. C. Cir. Certiorari denied.

No. 94–829. LANGGUTH *v.* MCCUEN, SECRETARY OF THE STATE OF ARKANSAS. C. A. 8th Cir. Certiorari denied.

No. 94–841. ARKANSAS WILDLIFE FEDERATION *v.* ICI AMERICAS, INC. C. A. 8th Cir. Certiorari denied.

No. 94–842. MAGILL *v.* EVANS, GEORGE & BRONSTEIN. C. A. 4th Cir. Certiorari denied.

No. 94–879. LEGGE *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 94–885. BROWN ET AL. *v.* RESOLUTION TRUST CORPORATION ET AL. C. A. 4th Cir. Certiorari denied.

No. 94–888. NATIONSBANK OF TEXAS, N. A. *v.* EXECUTIVE LIFE INSURANCE CO. ET AL. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 94–903. ATKINS *v.* COLTEC INDUSTRIES, INC., FKA COLT INDUSTRIES, INC., ET AL. C. A. 5th Cir. Certiorari denied.

No. 94–904. HEILWEIL *v.* MOUNT SINAI HOSPITAL. C. A. 2d Cir. Certiorari denied.

No. 94–905. NAKATA ET AL. *v.* HAWAII ET AL. Sup. Ct. Haw. Certiorari denied.

No. 94–908. J. R. SIMPLOT CO. *v.* NATIONAL LABOR RELATIONS BOARD. C. A. 9th Cir. Certiorari denied.

No. 94–917. NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE, INC., ET AL. *v.* CITY OF COLUMBIA ET AL. C. A. 4th Cir. Certiorari denied.

No. 94–919. SHALALA, SECRETARY OF HEALTH AND HUMAN SERVICES, ET AL. *v.* HEALTH INSURANCE ASSOCIATION OF